**IN THE UNITED STATES DISTRIC COURT**
**DISTRICT OF COLUMBIA**

**United States of America**                                                        **PLAINTIFF**

> **v.**           **Case No. 1:24-cr-00124-ACR**

**Daniel Hatcher**                                                                   **DEFENDANT**

## MOTION TO PERMIT TRAVEL

The Defendant now comes before the Court through their attorneys, and submits the following Motion to Permit Travel:

1.      Mr. Hatcher is currently on pretrial release in the above-captioned case with minimal restrictions.

2.      Mr. Hather has thoroughly and religiously followed all conditions of his pretrial release to date.

3.      Mr. Hatcher has a business trip scheduled from May 21, 2024 through May 25, 2024 in Kapalua, HI.

4.      Mr. Hatcher respectfully requests this Court enter an order permitting his travel.

5.      Counsel for Mr. Hatcher has visited with AUSA Rachel Freeh regarding this proposed travel and Ms. Freeh has no objection to the proposed travel.

Wherefore, the Defendant respectfully requests this Court enter an order permitting travel to the state of Hawaii from May 21, 2024, through May 25, 2024.

Respectfully submitted,
Clow Law
Attorney for Defendant
301 Roya Ln Suite 1
Bryant, AR 72022
501.999.2569
degen@clow.law
Degen Clow (ABN: 2014038; DCBN: AR0009)

**Certificate of Service**

I sent the following person this document on March 13, 2024, through the following means:

(X) E-File
( ) Email
( ) Fax
( ) Traditional Mail


Rachel Freeh, AUSA
rachel.freeh@usdoj.gov


By:      *Degen Clow*