**IN THE UNITED STATES DISTRIC COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **United States of America** | **PLAINTIFF** |
| v. | Case No. 1:24-cr-00124-ACR |
| **Daniel Hatcher** | **DEFENDANT** |

## MOTION TO PERMIT TRAVEL

The Defendant now comes before the Court through their attorneys, and submits the following Motion to Permit Travel:

1. Mr. Hatcher is currently on pretrial release in the above-captioned case with minimal restrictions.

2. Mr. Hather has thoroughly and religiously followed all conditions of his pretrial release to date.

3. Mr. Hatcher has previously petitioned the Court and been allowed to travel for a business trip from May 21, 2024, through May 25, 2024, in Kapalua, HI.

4. Mr. Hatcher has also previously petitioned the Court and been allowed to travel to Thailand for a wedding from April 20, 2024, through May 2, 2024.

5. Mr. Hatcher now requests this Court permit him to travel to for a business trip to Salento, Quindio, Columbia from January 22, 2025, through January 27, 2025.

6. Mr. Hatcher has submitted a request for travel with the probation office detailing the trip and currently needs Court approval for this trip.

7.     Mr. Hatcher respectfully requests this Court enter an order permitting his travel during the above dates and releasing his passport to him at least 48 hours before the scheduled departure date.

8.     The Government has not offered any objection to Mr. Hatcher's last two travel requests. Mr. Hatcher has fully complied with all directives of the Court during his two previous trips outside the continental United States and per the Pre-Trial Services Compliance Report filed on January 2, 2025, Mr. Hatcher has fully and completely complied with every condition of his pretrial release.

Wherefore, the Defendant respectfully requests this Court enter an order permitting travel to the country of Columbia from January 22, 2025, through January 27, 2025, and releasing his passport to him by January 20, 2025.

Respectfully submitted,
Clow Law
Attorney for Defendant
PO Box 1
Benton, AR 72018
501.999.2569
degen@clow.law
Degen Clow (ABN: 2014038; DCBN: AR0009)

## Certificate of Service

I sent the following person this document on January 14, 2025, through the following means:

(X) E-File
( ) Email
( ) Fax
( ) Traditional Mail


Rachel Freeh, AUSA
rachel.freeh@usdoj.gov

                          By:   *Degen Clow*